JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNA M. BUENROSTRO, | ) | NO. CV 06-06814 SJO (SHx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ALBERTO GONZALEZ, et al., | ) | |
| Defendants. | ) | |

This action came before the Court on Defendant Michael Mukasey's (the "AG") motion for summary judgment. After full consideration of all admissible evidence and documents submitted, the Court finds that there is no triable issue of material fact in these cases with regard to Buenrostro's claims against the AG.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of the AG on all claims.

IT IS SO ADJUDGED.

Dated this 29th day of August, 2008.      /S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE